```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX CASTRO, *on behalf of himself and all others similarly situated*,

                        Plaintiff,

                      -against-

MAJOR SURPLUS AND SURVIVAL, INC.,

                        Defendant.

1:23-cv-7573-MKV

ORDER OF DISMISSAL

**MARY KAY VYSKOCIL, United States District Judge:**

      The Court is in receipt of a letter filed by Plaintiff informing the Court that the parties have reached a settlement in principle [ECF No. 10]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by January 21, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  December 21, 2023
        New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**